

*Azərbaycan Respublikasının Amerika Birləşmiş Statlarındakı Səfirliyi*
*Embassy of the Republic of Azerbaijan to the United States of America*

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Reyes,    12cr 626 (SJ)

I write on behalf of the Embassy of the Republic of Azerbaijan. On behalf of the embassy, I express to you our compliments and respect for the United States judicial system. I write to express to you the awareness of the Embassy regarding the case of the citizen of the Republic of Azerbaijan, Sevinj Taghiyeva.

The Embassy of the Republic of Azerbaijan kindly urges Your Honor to consider, with respect to the rules and regulations of United States and in the framework of the principles and permits provided by international law, granting to Sevinj Taghiyeva release on bail pending trial. The Embassy is well aware that in the United States all people are considered to be innocent until proven guilty. Ms. Taghiveya intentionally and lawfully entered the United States, she was lawfully in this country when she was charged, and she should be afforded the same treatment by the United States judicial system as any person would be afforded who was a United States citizen or was otherwise lawfully in the United States when such allegations arose.

To assist the Court in determining that Ms. Taghiyeva does not present a flight risk, the Embassy of the Republic of Azerbaijan wants to notify you that the Embassy will assist the corresponding United States State bodies or any other authorities in whatever fashion possible to ensure that Ms. Taghiyeva remains in this country while her case is pending. The Embassy of the Republic of Azerbaijan

2741 34th Street, N.W., Washington, D.C. 20008
Tel: (202) 337 3500   Fax: (202) 337 5911   azerbaijan@azembassy.us   www.azembassy.us

assures you that we will not issue any new passport or other travel documents while her case is pending in the United States judicial system. If the Embassy can provide any other assurance, we will gladly do so.

The Embassy will highly appreciate your favorable attitude.

Best regards,

Emil Safarov
Consular officer
Embassy of the Republic of Azerbaijan