

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

HLJ
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 7, 2013

**Via FedEx and ECF**

Sarita Kedia, Esq.
Law Offices of Sarita Kedia
5 East 22nd Street
Suite 7B
New York, NY 10010

  Re: United States v. Alexander Fishenko, et al.
    <u>Criminal Docket No. 12-626 (SJ)</u>

Dear Ms. Kedia:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery.

  Enclosed please find five DVDs marked ARC SR 1 DISCS 1-5, containing copies of documents and items seized from ARC Electronics' offices on October 3, 2012, Bates numbered ARC SR 1 1-157660. In addition, ARC SR 1 Disc 5 contains copies of the search warrant and affidavit in support of the search warrant pertaining to ARC Electronics' offices, Bates numbered ARC SR 1 157661-157708.

  Finally, enclosed please find a DVD marked Inventory List containing an Inventory of the items seized as a result of the October 3, 2012 searches of ARC Electronics' offices, Fishenko's residences, Posobilov's residence, Klebanova's residence, and Jonnie Leonard's residence and work station. Please contact me if you want copies of any of these other documents.

  If you have any further questions or requests, please do not hesitate to contact me. The government will supplement this letter as appropriate.

  Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any

discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

By:    /s/
          Daniel S. Silver
          Hilary Ley Jager
          Assistant United States Attorneys
          (718) 254-6034/6248

Enclosures
CC:  Clerk of Court (SJ) (w/o enclosures)